FILED

SEP 30 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. J. Brendan Day |
| v. | : | Mag. No. 25-mj-5056 (JBD) |
| MALIKA BRITTINGHAM | : | **CRIMINAL COMPLAINT** |

I, Stephen Sulpy, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Department of the Air Force, Office of Special Investigations, and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*Stephen L. Sulpy*

Stephen L. Sulpy, Special Agent
U.S. Department of the Air Force
Office of Special Investigations

Attested to by telephone pursuant to
F.R.C.P. 4.1(b)(2)(A) on this 30th day of
September, in the District of New Jersey.

Honorable J. Brendan Day
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

1

## ATTACHMENT A

On or about September 30, 2025, in Ocean County, in the District of New Jersey and elsewhere, the defendant,

MALIKA BRITTINGHAM,

did knowingly and willfully engage in conduct with intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, and where such information indicated that an activity had taken or was currently taking place that would constitute a violation of Chapter 44 of Title 18, United States Code, Section 930(b) (use of a firearm in a Federal facility), specifically, BRITTINGHAM falsely informed Individual-1 that there was an active shooter within the facilities of Joint Base McGuire-Dix-Lakehurst.

In violation of Title 18, United States Code, Section 1038(a)(1).

## ATTACHMENT B

I, Stephen L. Sulpy, am a Special Agent with the United States Department of the Air Force, Office of Special Investigations ("DAF-OSI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. Malika Brittingham ("BRITTINGHAM") is a civilian employee with the United States Department of the Navy. While she is assigned to the Naval Air Warfare Center at Patuxent River in Maryland, she is physically assigned to an office work center within the Joint Base McGuire-Dix-Lakehurst ("JB MDL"), in Ocean County, New Jersey.

2. On September 30, 2025, beginning at approximately 10:14 a.m., BRITTINGHAM sent Individual-1 text messages indicating there was an active shooter at her workplace on JB MDL. BRITTINGHAM's text messages to Individual-1 included that she heard five to six gunshots and that she was hiding in a closet with her co-workers.

3. Believing her statements to be true, Individual-1 called the JB MDL's Base Defense Operations Center and 9-1-1, and advised the operator what was relayed to Individual-1 by BRITTINGHAM, including that she heard gun shots and was hiding with her co-workers.

4. Based upon Individual-1's calls, JB MDL issued an emergency notification of an active shooter situation on base to the entire JB MDL workforce through their emergency notification system, including advising employees to move to their designated shelter-in-place locations. Employees did, in fact, shelter-in-place and law enforcement responded.

5. Based upon their investigation, law enforcement determined that there was, in fact, no active shooter on JB MDL.

6. At approximately 11:46 a.m., DAF-OSI agents located and interviewed BRITTINGHAM within her work center at JB MDL. BRITTINGHAM initially told law enforcement that she was not in contact with Individual-1 until after she received the notification about the active shooter through JB MDL's emergency notification system. A review of the timing of Individual-1's call to JB MDL's Base

2

Defense Operations Center and 9-1-1 and the timing of the emergency notification proved that this statement was not true.

7.  Thereafter, BRITTINGHAM admitted that she intentionally conveyed false information about an active shooter on base to Individual-1, believing that Individual-1 would call the police to initiate a police response, which he did.

8.  BRITTINGHAM explained that she carried out this hoax because she had been ostracized by her co-workers and hoped that their shared experience in response to an active shooter would allow them to "trauma bond."

3